# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NUIQSUT TRILATERAL, INC.,<br><br>               Plaintiff,<br>   v.<br><br>DOUG BURGUM, *et al.*,<br><br>               Defendants. | Case No. 3:26-cv-00098-SLG |

## ORDER SCHEDULING ORAL ARGUMENT

In the parties' Joint Status Report and Proposed Schedule, Plaintiff requests a hearing on its Motion for Preliminary Injunction within seven days of the filing of Plaintiff's reply, and Defendants do not object to this request.[1] Accordingly, oral argument on Plaintiff's Motion for a Preliminary Injunction is hereby scheduled for **March 12, 2026 at 3:00 p.m.** in Anchorage Courtroom 2. The public may listen to oral argument by dialing 571-353-2301 and using Call ID 275666327.

IT IS SO ORDERED.

DATED this 6th day of March, 2026, at Anchorage, Alaska.

                                              */s/ Sharon L. Gleason*
                                              UNITED STATES DISTRICT JUDGE

---

[1] Docket 15 at 2.