STEPHEN J. COX
ATTORNEY GENERAL

Mary Hunter Gramling, Alaska Bar No. 1011078
Ronald W. Opsahl, Alaska Bar No. 2108081
David W. Duffy, Alaska Bar No. 0605016
State of Alaska, Department of Law
P.O. Box 110300
Juneau, AK  99811-0300
Telephone:  907-465-3600
Facsimile:  907-465-2520
Email: mary.gramling@alaska.gov
         ron.opsahl@alaska.gov
         david.duffy@alaska.gov
*Attorneys for the State of Alaska*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NUIQSUT TRILATERAL, INC. ) | **STATE OF ALASKA'S** |
| ) | |
| Plaintiffs, ) | **MOTION TO INTERVENE** |
| v. ) | |
| ) | |
| DOUG BURGUM *et al.*, ) | |
| ) | |
| Defendants ) | Case No. 3:26-cv-00098-SLG |
| _____) | |

Pursuant to Fed. R. Civ. P. 24(a)(2), proposed intervenor the State of Alaska

("Alaska") moves this Court for entry of an Order granting Alaska leave to

intervene in *Nuiqsut Trilateral, Inc. v. Doug Burgum,* Case No. 3:26-cv-00098-

SLG. Alaska moves to intervene in this case as a matter of right. Alternatively, and

pursuant to Fed. R. Civ. P. 24(b), Alaska moves this Court for entry of an Order granting Alaska permissive leave to intervene. Counsel for the Plaintiff indicated that their client defers taking a position on the motion pending review of the motion and materials in support. Counsel for the Federal Defendants indicated that their client has no position. A memorandum in support, proposed answer, table of exhibits, exhibits, and a proposed order accompany this motion. Due to the page length, Alaska will file a copy of this motion and supporting materials with chambers.

DATED: April 7, 2026

By: */s/Mary Hunter Gramling*
Mary Hunter Gramling
Alaska Bar No. 1011078
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov
Attorney for the State of Alaska

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, 2026, a true and correct copy of the above, was served on all registered parties via the CM/ECF system.

*/s/ Mary Hunter Gramling*
Mary Hunter Gramling, Chief Assistant
Attorney General

*Nuiqsut Trilateral, Inc. v. Doug Burgum*                    Case No. 3:26-cv-0098-SLG
State of Alaska's Motion to Intervene                              Page 2 of 2
Case 3:26-cv-00098-SLG    Document 48    Filed 04/07/26    Page 2 of 2