# EXHIBIT A

**DECLARATION OF EUNICE BROWER**

I, Eunice Brower, declare as follows:

1.	I am a resident of Nuiqsut. I am a director of Nuiqsut Trilateral, Inc. ("NTI") and the vice-president of the Native Village of Nuiqsut.

2.	It's important to me to share my knowledge, so that people can understand why it is so important to protect Teshekpuk Lake. I want to use the Central Arctic caribou herd as an example. Our Right of Way is protecting the Teshekpuk Lake herd because we do not want to see what happened to the Central Arctic herd happen the same to the Teshekpuk Lake herd.

3.	My whole family and I are subsistence hunters. We hunt and fish to feed ourselves and our parents and our kids, but also to share subsistence foods with other people in the community of Nuiqsut and family and friends across the North Slope. We hunt from both herds: the Central Arctic herd and the Teshekpuk Lake herd. While the caribou mix between the two herds sometimes, the easiest way to tell them apart is where their calving grounds are.

4.	The Central Arctic calving grounds are between Prudhoe Bay and Nuiqsut. Those calving grounds are already lost to development. The Teshekpuk Lake herd's grounds are around the lake. That area has not been developed in the way that the area between Prudhoe Bay and Nuiqsut has.

5.	The Central Arctic herd has seen a large decline over the years. The herd is not as healthy as it was, or should be. It has lost so many caribou.

DECLARATION OF EUNICE BROWER

US 256021403v3

6. That decline led us to understand what could happen here, with the Teshekpuk herd, and to try and prevent that from happening.

7. I see what has happened to the Central Arctic herd and do not want that to happen to the Teshekpuk Lake herd. A lot of people subsist from that herd. It is vital to our survival. We understand, the best way to protect the herd is to protect the calving grounds.

8. For the government to cancel the Right of Way, it will have serious impacts on our people. Even more serious than the oil development alone. It threatens the healthy herd. The cancellation is not in our people's best interest. Our caribou, our fish, our birds, our people will all be vitally affected.

9. If we are no longer able to hunt from this herd, how will we survive?

10. The store shelves cannot be filled all the time in Nuiqsut. There are always problems at the store and with the freezer too. Even when there are things to buy, they are not the best food for the Kuukpikmiut. We need the foods that we hunt. They keep us strong and healthy. We already cannot hunt from the Central Arctic herd as freely as we used to. We do not want an even harder time. If we lose the calving grounds, and then the Teshekpuk herd, we will not be able to stay strong and healthy.

11. We've heard so many stories of loss from Endicott (near Prudhoe Bay) to here. The loss of lands between here and Endicott have caused us to use the Teshekpuk Lake herd so much more. We continue to lose hunting grounds, especially on the east side of the village. It is difficult to hunt there anymore.

12. Now oil and the government wants to keep going, keep developing towards Teshekpuk.

DECLARATION OF EUNICE BROWER

US 256021403v3

13. For them to also cancel the Right of Way, it is very concerning. We have already lost so much with the development to the east. We are already going to lose more with Willow.

14. There are more than ten families with cabins around Teshekpuk Lake. That's ten families that always hunt there. Plus anyone else from the village that comes up. If we lose that, where are we going to hunt? That is where all of use, including me,  get our food. How will we feed our families?

15. We discussed all these things during Willow. We thought they were resolved when the government went forward with Willow and we signed the Right of Way.

16. NTI is still here to hold the Right of Way or whatever other protection is offered. It's our community voices together to keep our healthy herd strong, our people strong.

17. The loss of the Central Arctic herd, the loss of hunting grounds between the village and Prudhoe Bay, the loss of our community's ability to rely on that subsistence. I do not want to see that for Teshekpuk Lake. The Right of Way was meant to make sure these things do not happen to us and the herd, even while development continues west. We need those protections.

I declare under the penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct. I am over the age of 18 and have personal knowledge of the matters contained in this declaration. I know these facts of my own personal knowledge and would competently testify to them if called as a witness.

Executed on February 20th, 2026, in Nuiqsut, Alaska.

/s/ Eunice Brower_____

DECLARATION OF EUNICE BROWER

US 256021403v3

Eunice Brower