# EXHIBIT B

## DECLARATION OF GEORGE SIELAK

I, George Sielak, declare as follows:

1. I am a resident of Nuiqsut. I was one of the kids in the 27 families who re-settled in Nuiqsut in 1973. My grandparents moved us here from Barrow. I am an original Kuukpik shareholder.

2. I am currently the Chairman of Nuiqsut Trilateral, Inc. ("NTI"). I'm also the President of the Kuukpik Board of Directors. I've been on the Kuukpik board a long time, most of the time since the 1990's. I have also worked as the Corporation's Land Manager and Human Resources Manager before.

3. I live in Nuiqsut all year, since the 70s. I left for about a year I think but I have lived here all the other times. I have seen all the changes in the village over those years.

4. The village history is my history too. Our people, the Kuukpikmiut, have always lived in the Colville River Delta. The land and its resources keep us here. Caribou especially, but there are birds, berries, fish too. The government forced our elders to move to Barrow, everyone. That's where I was born. Living there didn't stop many of the families from coming back to the Colville and Teshekpuk.

5. Then ANCSA was passed and we returned for good. I was a kid then but many of us have stayed. Subsistence sustains us here in our village, our home.

6. Kuukpik Corporation and the elders then started selecting lands to own. Lands to take care of the community and important to subsistence. They weren't allowed to select everything we used, but they did their best. They started with the Colville River Delta, between Nuiqsut and the ocean. Kuukpik received title to many of those lands long ago. We

DECLARATION OF GEORGE SIELAK

still use these lands, especially for fishing. There are some oil developments around there now too.

7. Our subsistence is really the most important thing in Nuiqsut. That's what everybody is always most worried about when we talk about all the oil developments that are going on and stuff. Everyone wants to know how projects will affect the caribou and the fish, and the whales when it's offshore development. We have to make sure all these projects don't hurt the caribou too much.

8. Subsistence is vital, important. It's a connection for our people to each other and the land. The young people who are strong hunt and share, especially with the elders. The food and traditions keep us strong. Everybody I know in Nuiqsut eats a lot of caribou. So we need a lot of caribou to make sure everybody has some. It brings everybody together, like a big family. If there isn't enough to share, everybody feels it. That is our way.

9. Mostly the Teshekpuk Herd is what comes near Nuiqsut. That's part of why Nuiqsut people have always been in this area; caribou migrate through here in the summer especially, close to the village, coming and going from the Teshekpuk Lake. If that Herd wasn't here, Nuiqsut might never have been here. Even now, we need the Teshekpuk Herd to be strong to make sure everybody has some.

10. And the oil has always been here too. There were oil companies here all the way back when too. They used to not care too much about the land and the caribou and stuff. But eventually they had to work with Kuukpik and things got better. Now they do pretty good mostly because they have to. Kuukpik won't let them do things the way they used to. They have to keep things clean now. They had to agree to protections for the land, for subsistence.

DECLARATION OF GEORGE SIELAK

11. That's what Kuukpik and the community did with Willow. We did not support it for a long time. They did the EIS like they always do, and it said Willow would make it harder to hunt caribou and would make it worse for the Teshekpuk Herd.  Because Willow would be in the area where they migrate and cause lots of traffic that would interfere with caribou. BLM also said Willow would make it harder for the caribou to go to the areas where they raise the calves. I, along with the community, still worry the caribou will stop coming through Nuiqsut. We watch the lead caribou more closely now to see if they start turning away. So Kuukpik started asking BLM to protect the Teshekpuk Lake and some of the most important areas for caribou around the lake if the government was going to approve Willow.

12. Then progress was made. The project got smaller, BLM and Conoco started listening to Kuukpik and the community. It became more balanced. We need development because there are benefits for everyone across the North Slope. But we need subsistence too. They can happen together. But we have to work at it. Do what we can to make the projects smaller, less harmful for subsistence.

13. I still worry, but I think it's better now. Willow is smaller than before, with lots of mitigation. Kuukpik supported those things. Lots of other people in the community did too.

14. After the judge's decision, the next documents for the project had good changes. Kuukpik decided to support Willow as long as BLM protected Teshekpuk Lake and the areas around it from development. Kuukpik wrote letters to BLM and Kuukpik's President at the time went to Washington D.C. to talk to the Secretary of Interior and tell her we supported the Willow Project now. The proposal to protect Teshekpuk Lake was a major reason Kuukpik supported the project and advocated for it to be approved. Kuukpik suggested

the protection, but it was to benefit the whole community. And the whole community was supposed to work together with BLM to get the protection. And that's what happened.

15. When the Willow decision came out, BLM approved Willow but with a bunch of conditions. One of those conditions was Mitigation Measure 27. That was all about protecting the Teshekpuk Herd from other projects after Willow because everyone knew that Willow was a big project and would impact the caribou. So they were trying to protect the Herd from more impacts in the future. It was supposed to help make a balance between Willow and subsistence. It was one of the things everyone had been asking for. That's why pretty much everybody in Nuiqsut supported the protection, and why some of us supported Willow. Mitigation Measure 27 was one of the major reasons Kuukpik supported the final version of the Willow Project, and one of the main reasons I supported the final version.

16. After that, the whole community and BLM worked together to get Mitigation Measure 27 done. BLM talked to people from Nuiqsut to figure out how to carry it out. They sent representatives to have a public meeting in Nuiqsut in May 2023. Those were good meetings. Lots of good dialogue and good ideas. Eventually BLM and Nuiqsut agreed that a conservation right of way would do what Mitigation Measure 27 was intended to do. The right of way would offset impacts from Willow by creating long-term protection for Teshekpuk Lake and the caribou herd that uses the area around it so much. The community worked to form Nuiqsut Trilateral Inc. (NTI) to hold the protection.

17. In these discussions, BLM always said this had never been done before. It was historic. It was new. But we moved forward, like we always do. We lived in tents on the bluffs above the river, then in homes with no plumbing, electricity and little heat for years.

DECLARATION OF GEORGE SIELAK

We are willing to try the new for our home, our lands, and our culture. So we did, with the protections too.

18. After, we gathered at Kuukpik to sign it. I was there too as one of Kuukpik's representative on NTI's board of directors. The City and Native Village came with their NTI board members. BLM was there with the official documents. We sat at the table and I witnessed its signing. That was a good day for our community, our people.

19. Kuukpik considered all this before deciding whether to support Willow and the Record of Decision. The Decision has a lot of mitigation Kuukpik wanted. I don't want to see it go away. Who knows what would happen next? Maybe something else gets approved next time that is not as good. I don't know. So we are here to defend the Right of Way.

20. And NTI is here to participate in making sure Mitigation Measure 27 is carried out. It's the community voice—all the people and organizations together. Its core mission is to hold the protection for Teshekpuk Lake for everyone in the community. It was formed for that purpose so it makes sense it would be the entity to hold the Right of Way. Or some other property right that protect subsistence.

21. Development pressure on subsistence resources in the area protected by the Teshekpuk Lake Right of Way is already happening. NTI has already had to act to protect its rights under the Right of Way and make sure that the protected area around Teshekpuk Lake and the Teshekpuk Lake Herd is safe. One example is that Narwhal Exploration LLC, an oil and gas company, is exploring and trying to develop oil and gas near Teshekpuk Lake even though that violates the Right of Way. And even though Narwhal knows NTI holds significant rights in the Right of Way, they didn't discuss the proposed work with NTI last

DECLARATION OF GEORGE SIELAK

year when they were doing exploration work there. NTI had to call them out on it!  BLM violated the Teshekpuk Lake Conservation Right of Way too when they approved Narwhal's summer work without following the process required by the Right of Way. NTI sent a letter to Narwhal explaining its concerns and rights under the Right of Way. Narwhal apologized for not consulting NTI.  I have attached the Narwhal correspondence to my declaration.

22.	NTI will continue to enforce its rights under the Right of Way. But the loss of the ROW will make it harder to ensure that companies reach out to NTI before conducting activities.  Every day that the ROW's status is uncertain, it is harder for NTI to credibly communicate with BLM and companies that want to carry out activities in the protected area.

23.	We want the protections that were promised. It doesn't seem right that the government can just take them away. The Kuukpikmiut will be here long after the oil is gone and the village forgotten by the public. We need the caribou to still be here too. That's why we ask and fight for these protections. Subsistence holds our community together, we need it.

I declare under the penalty of perjury under the laws of the United States of America and the State of Alaska that the foregoing is true and correct. I am over the age of 18 and have personal knowledge of the matters contained in this declaration. I know these facts of my own personal knowledge and would competently testify to them if called as a witness.

Executed on February 20th, 2026, in Anchorage, Alaska.

George Seilak

DECLARATION OF GEORGE SIELAK

# SIELAK EXHIBIT A

Nuiqsut Trilateral, Inc.

September 22, 2025

Shawn Gelsinger
Chief Operating Officer
Narwhal Exploration, LLC
406 W Fireweed Lane, Suite 100
Anchorage, AK 99503

  Re: Teshekpuk Lake Conservation Right of Way – West Harrison Bay Exploration

Dear Mr. Gelsinger:

  Nuiqsut Trilateral, Inc. (NTI) is a non-profit corporation that empowers the people of Nuiqsut by holding and managing the Teshekpuk Lake Conservation Right of Way (TLCROW) in the NPR-A. The TLCROW gives NTI the right to prohibit oil and gas exploration and development activities on one million acres around Teshekpuk Lake, including the area where Narwhal recently completed its temporary summer work and where it plans to carry out winter work this coming year.

  NTI was surprised and disappointed that BLM's Arctic District Office approved Narwhal Exploration, LLC's right of way to carry out summer work without following the process required by the TLCROW. We have discussed the matter with BLM and hope to avoid further disagreements with them going forward.

  But we are equally surprised and disappointed that Narwhal went along with BLM in doing so. BLM's sidestepping of its responsibilities under the TLCROW does not excuse Narwhal's complete failure to respect the will of the people of Nuiqsut, or even to merely contact NTI to discuss Narwhal's proposed use of the right of way. Narwhal knew that NTI—as a representative of the people of Nuiqsut—holds significant rights in the area where Narwhal proposed to perform work. Yet Narwhal chose not to even discuss its proposed use of the TLCROW with NTI, leaving NTI to find out for itself right before the BLM approved Narwhal's permit. That speaks volumes about the level of respect Narwhal has for the people of Nuiqsut, who worked as a community for years to secure the protections of the right of way. Nuiqsut will not forget that.

  We understand that Narwhal did not complete much of its proposed work this summer, including the staging of most or all of the material it planned. If that is incorrect, and Narwhal is storing any meaningful amount of material within the Protected Area, that material should be removed immediately. (Survey markers should remain in place since removing them would cause more damage than it will prevent.) NTI does not condone storage of any oil and gas related material within the TLCROW.

  Going forward, we expect Narwhal to engage with NTI as it does with other stakeholders and adjoining landowners at a minimum. Indeed, NTI holds property rights *where* Narwhal is working, not just adjoining it. And those rights include the ability to stop or allow oil and gas activities. It is therefore in Narwhal's interest to discuss any "proposed uses" of the Protected Area with NTI in advance. Nuiqsut has decades of experience evaluating oil and gas projects in this region. We are willing to listen. But we cannot discuss such matters productively if Narwhal avoids uncomfortable conversations

and takes advantage of additional BLM effort to subvert and limit the Teshekpuk Lake Conservation Right of Way.

Please respond to our representative, Mr. Patrick Munson, at pmunson@mcsalaska.com by Friday, October 3, 2025, confirming you have or are in the process of removing any material from the Protected Area.

We look forward to more productive engagement going forward if Narwhal intends to enter the Teshekpuk Lake Right of Way again in the future.

Very truly yours,

Nuiqsut Trilateral, Inc.

By:

Vernon Bennett
Chair

cc:     Lillian Kaigelak, NTI Board
        Carl Brower, NTI Board
        Eunice Brower, NTI Board
        George Sielak, NTI Board
        Roxanna Oyagak, NTI Board

# SIELAK EXHIBIT B



# Nuiqsut Trilateral, Inc

February 11, 2026

Case 3:26-cv-00098-SLG    Document 56-2    Filed 04/24/26    Page 12 of 20



Based in Anchorage, AK

Narwhal has been acquiring leases in West Harrison Bay since 2016

Narwhal is focusing on safe & environmentally responsible exploration operations

Following best practices of Pikka and Willow Developments

Executive team bring North Slope Experience, focus on leveraging experience of Alaska contractors



# Winter Grounded Ice Exploration Program



From Caelus Energy LLC

- Nearshore waters of West Harrison Bay

- Water Depth measured 1-5 feet at ice pad locations in summer 2025

- Grounded Ice pads and roads / trails

- Conventional surface rig and equipment package; used each winter in North Slope Programs

- On-ice spill response capabilities established and practiced each winter on tundra

- Reduced marine wildlife interaction in areas of grounded ice.

- Learnings from Beaufort Ice Pads:
  - Amoco Mars (1986) – 25'
  - Pioneer Thetis (2003) – 9-12'
  - Repsol Qugruk 4 (2012) - ~10'
  - Caelus CT-1/CT-2 (2016) - ~4'



- Sea ice trail is common from Oliktok – in winter 2024/2025 was traveled up to Cape Halkett for drilling waste removal



# Stakeholder Relationships

Narwhal is committed to engaging stakeholder groups stakeholder groups to ensure transparency and awareness of the proposed program, to build relationships, gain local insights, and ensure community knowledge and values help guide our project planning.

- North Slope Borough Assembly
- North Slope Borough Planning and Community Services
- North Slope Borough Wildlife Department
- North Slope Borough Inupiat History, Language, and Culture
- Inupiat Community of the Arctic Slope
- Alaska Eskimo Whaling Commission

- City of Nuiqsut
- Nuiqsut Whaling Captains Association
- Native Village of Nuiqsut
- Kuukpik Corporation
- Nuiqsut Trilateral
- Nuiqsut Trilateral, Inc (NTI)
- Nuiqsut Community



# Subsistence Conflict Mitigation

- **Commitment to understanding and adjusting ops where possible to minimize conflict: Narwhal removed open-water 3D seismic from summer 2025 plans due to concerns from Nuiqsut Whaling Captains and community members**

- Narwhal Exploration signed the 2025 AEWC Conflict Avoidance Agreement
  - Successfully maintained communication with Nuiqsut com center during 2025 ops
  - Expect to sign 2026 AEWC CAA

- Participation in Conoco-hosted daily aircraft coordination calls for Summer 2025 ops including Nuiqsut community representative

- Building knowledge of local wildlife and key subsistence use areas:
  - Caribou
  - Seals
  - Arctic Cisco

- US Fish & Wildlife Service and National Marine Fisheries Service authorizations specify requirements (ie distance) to reduce impact on specific species





# Baseline & Science Work Completed – Summer 2025

- Lake Surveys
- Shallow Hazard identification
- Cultural Resource Surveys
- Bathymetry / Land Surveying



# Narwhal Proposed Path Forward

Update winter plans
    Incorporate Lake Survey Data
    Re-plan onshore ice trails
    Simplify nearshore roads
    Sea Ice Engineering (pad & trail)
    Pre-staging approach selection

Contracting of Equipment & Services

Permitting



| Activity | 2025 | | | | | | 2026 | | | | | | | | | | | | 2027 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
| Shallow Hazard Survey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Archaeological Clearance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lake Surveys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Land Surveys | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Engineering | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Contracting | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Permitting | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Potential Summer Program | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Equipment Pre-Staging | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Monitor Equipment | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ice Road / Pad Construction | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Exploratory Drilling | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Demobilization | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Winter – On Ice**

# Upcoming Permitting for Operations



## Summer 2026 Pre-Staging

Pre-Staging of critical equipment and consumables during open-water 2026 season to maximize length of safe operating season in Harrison Bay.

- Rig
- Camps
- Construction Equipment
- Fuel
- Consumables

## Fresh Water Access

Access to surveyed fresh water lakes for permitted fresh water / ice chip withdrawals

- Construction
- Rig Ops
- Camp Operations

Ice Road / Trail to be mapped for efficient routing from sea ice to lakes.

## Wellsite Ice Pads

- 3-5 Ice Pads for Exploration well activity
- Engineering currently in progress



## Ice Roads / Trails / Airstrips

- Sea-ice trail from Oliktok Point to West Harrison Bay for ATV travel – primary logistics movements
- Ice Roads between wellsites in West Harrison Bay for efficient movement between sites
- Ice Airstrips for small aircraft – primary personnel movement during winter





Q&A