ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
Fax: 202-305-0275
paul.turcke@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NUIQSUT TRILATERAL, INC., <br><br> Plaintiff, <br> v. <br><br> DOUG BURGUM, in his official capacity as Secretary of the Interior; *et al.*, <br><br> Defendants, <br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Defendant. | Case No. 3:26-cv-00098-SLG |

## <u>DEFENDANTS' NOTICE OF APPEAL</u>

Please take notice that Defendants Doug Burgum, in his official capacity as

Secretary of the Interior; Katharine MacGregor, in her official capacity as Deputy

Secretary of the Interior; Bill Groffy, in his official capacity as Principal Deputy Director,

and exercising authority of Director, U.S. Bureau of Land Management; Kevin

Case 3:26-cv-00098-SLG     Document 64     Filed 05/15/26     Page 1 of 2

Pendergast, Alaska State Director, U.S. Bureau of Land Management; and the U.S. Bureau of Land Management; hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the district court's March 16, 2026, Order on Motion for Preliminary Injunction (Dkt. 42).

Respectfully submitted.

DATED:  May 15, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
JASON HARTZ
Office of the Solicitor
United States Department of the Interior

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ Paul A. Turcke
Paul A. Turcke

Case 3:26-cv-00098-SLG    Document 64    Filed 05/15/26    Page 2 of 2