KATHLEEN C. SCHRODER (admitted *pro hac vice*)
katie.schroder@davisgraham.com
MARK E. CHAMPOUX (admitted *pro hac vice*)
mark.champoux@davisgraham.com
DAVIS GRAHAM & STUBBS LLP
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Telephone: 303.892.9400

*Attorneys for Epoch Oil and Gas, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NUIQSUT TRILATERAL, INC.,

        *Plaintiff*,

    v.

DOUG BURGUM, in his official capacity as
Secretary of the Interior, *et al.*,

        *Defendants*,
    and

STATE OF ALASKA,

        *Intervenor-Defendant*.

Case No. 3:26-cv-00098-SLG

## NOTICE OF APPEAL

Please take notice that Proposed Intervenor-Defendant, Epoch Oil and Gas, LLC

("Epoch"), appeals to the U.S. Court of Appeals for the Ninth Circuit this Court's June 15,

2026, "Order on Motion to Intervene by Epoch Oil and Gas, LLC." Dkt. 72.

*Nuiqsut Trilateral, Inc. v. Burgum et al.*
Case No. 3:26-cv-00098-SLG

1

Epoch notes that this case was filed in the U.S. District Court for the District of Alaska on March 6, 2026, and Defendants previously filed an appeal in this case of Order on Motion for Preliminary Injunction, Dkt. 42, and the Ninth Circuit assigned the appeal Case No. 26-3170.

Epoch's Representation Statement prepared pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2 is attached to this notice.

Dated: July 1, 2026

DAVIS GRAHAM & STUBBS LLP


 */s/ Kathleen C. Schroder*
Kathleen C. Schroder
Mark E. Champoux
3400 Walnut Street, Suite 700
Denver, Colorado 80205
Phone: 303.892.9400
Fax: 303.893.1379
Email:  katie.schroder@davisgraham.com
          mark.champoux@davisgraham.com

*Attorneys for Epoch Oil and Gas, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of July 2026, I served a true and correct copy of the foregoing document with the Clerk of Court for the United States District Court for the District of Alaska via the CM/ECF system, which will serve this document on all attorneys of record.

 */s/ Kathleen C. Schroder*
Kathleen C. Schroder

*Nuiqsut Trilateral, Inc. v. Burgum et al.*
Case No. 3:26-cv-00098-SLG